# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Christy Jackson,<br><br>  Plaintiff,<br><br>v.<br><br>Big Blue Healthcare, Inc., et al.,<br><br>  Defendants. | Civil Action No. 2:20-cv-02259 |

## DEFENDANT LITTLE BLUE HEALTH HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Little Blue Health Holdings, LLC in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, hereby states as follows: The Ensign Group, Inc. is the sole member of Little Blue Health Holdings, LLC. Little Blue Health Holdings, LLC has no subsidiaries. Of these, the Ensign Group, Inc. is publicly held.

                Respectfully submitted,

                */s/ Todd Scharnhorst*
                Todd Scharnhorst      KS# 16863
                tscharnhorst@sakg.com
                Scharnhorst Ast Kennard & Griffin, P.C.
                1100 Walnut Street, Suite 1950
                Kansas City, MO 64106
                (816) 268-9400
                (816) 268-9409 (Facsimile)

                **Attorneys for Defendant**
                **Little Blue Health Holdings, LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with this Court using the Court's electronic filing system on this 26th day of May, 2020 and that on said date a copy was transmitted by email and also sent by first class U.S. Mail, postage pre-paid to counsel below:

Rachel D. Stahle
rachels@dollar-law.com
Jill A. Kanatzar
jillk@dollar-law.com
Tim Dollar, *Pro Hac Vice*
timd@dollar-law.com
Dollar Burns & Becker, L.C.
1100 Main Street, Suite 2600
Kansas City, MO 64105

**Attorneys for Plaintiff**


BK Christopher
***bchristopher@hab-law.com***
Richard M. Acosta
***racosta@hab-law.com***
Robert Givens
***rgivens@hab-law.com***
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108

**Attorney for Defendant**
**Big Blue Healthcare, Inc.**
**d/b/a Riverbend Post-Acute**
**Rehabilitation**

                                                   */s/ Todd Scharnhorst*
                                                   Attorney